BURKE, Appellant, v. FEEK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Joseph E. Burke against Andrew J. Feek and another.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. Held, that the decision is contrary to and against the weight of the evidence, and that the evidence tending to impeach the judgment was improperly received.

McLENNAN, P. J., concurs on second ground only.